# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>Jeffrey Andrew Bergeron<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>5:13-MJ-00070<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant__ , IT IS ORDERED that a detention hearing is set for __Wednesday, February 20, 2013__ , _____, at __1:30__  ☐ a.m. / ☒ p.m. before the Honorable __SHERI PYM__ , in Courtroom __4 - 3rd Floor__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __2-15-13__

SHERI PYM
~~U.S. District Judge~~/Magistrate Judge          K. Carter